

**Denise L. Plunkett**
Axinn, Veltrop & Harkrider LLP
630 5th Avenue, 33rd Floor
New York, NY 10111
212.728.2231
dplunkett@axinn.com

March 31, 2026

VIA ECF AND EMAIL TO CHAMBERS



Hon. Katherine Polk Failla
United States District Court
Southern District of New York
New York, NY 10007

Re:      *Nurture, LLC v. PBM Nutritionals, LLC*, No. 1:24-cv-02390-KPF-GS (S.D.N.Y.)

Dear Judge Failla:

We represent Plaintiff Nurture, LLC ("Nurture") in the above-referenced matter. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we submit this letter to respectfully request that the Court reschedule the telephonic pre-motion conference set for April 16, 2026 at 11:00 AM ET (Dkt. 100). Denise Plunkett, lead counsel for Nurture, is traveling for an out-of-state hearing that day and is therefore unable to attend the pre-motion conference as scheduled. No previous request for an adjournment has been made.

Nurture has conferred with counsel for Defendant PBM Nutritionals, LLC ("Perrigo"), who consents to Nurture's request to reschedule the conference. Nurture respectfully proposes the following dates on which counsel for both parties are broadly available for the telephonic pre-motion conference.

- April 14-15, 2026
- April 17, 2026
- April 21-23, 2026

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Denise L. Plunkett*

Denise L. Plunkett

cc: All counsel of record (by ECF and email)

Application GRANTED.  The telephonic pre-motion conference previously scheduled for April 16, 2026, is hereby ADJOURNED to **April 23, 2026,** at **11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 101.

Dated:     April 1, 2026          SO ORDERED.
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE