axinn

**Denise L. Plunkett**
Axinn LLP
630 5th Avenue
New York, NY 10111
212.728.2231
dplunkett@axinn.com

VIA ECF AND EMAIL TO CHAMBERS

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States District Court
Southern District of New York
40 Centre Street
New York, New York 10007

**Re: *Nurture, LLC v. PBM Nutritionals, LLC*, Case No. 24-cv-02390-KPM**

Dear Judge Failla:

We represent Plaintiff Nurture, LLC ("Nurture") in this matter. We write pursuant to the Second Amended Confidentiality Stipulation and Protective Order (Dkt. No. 51) (the "Protective Order") and Section 9(B) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request the Court's approval to provisionally file the following materials (collectively, the "Provisionally Protected Materials") under seal in their entirety:

- Nurture's Memorandum of Law in Opposition to PBM Nutritionals, LLC's Motion for Summary Judgment;
- Nurture's Responses to PBM Nutritionals, LLC's Rule 56.1 Statement of Undisputed Material Facts in Support of its Motion for Summary Judgment and Statement of Additional Material Facts;
- Nurture's Memorandum of Law in Opposition to PBM Nutritionals, LLC's Motion to Partially Exclude the Opinions of Gregory J. Pincar and Dr. Shireen Meer;
- Exhibits 1 through 169 to the Declaration of Denise L. Plunkett in Support of Nurture's Memorandum of Law in Opposition to PBM Nutritionals, LLC's Motion for Summary Judgment; and
- Exhibits A through N to the Declaration of Kail J. Jethmalani in Support of Nurture's Memorandum of Law in Opposition to PBM Nutritionals, LLC's Motion to Partially Exclude the Opinions of Gregory J. Pincar and Dr. Shireen Meer.

The Provisionally Protected Materials incorporate, among other things, the parties' confidential and competitively sensitive information; internal business documents, including plans, strategies, and forecasts; proprietary information; deposition testimony; expert reports; and written discovery responses. The aforementioned materials are designated under the Protective Order. To avoid burdening the Court with duplicative briefing, Nurture adopts the reasoning, arguments, and cases cited in Perrigo's June 5, 2026 Motion to File Documents Under Seal (Dkt. No. 103), which the Court granted on June 6, 2026 (Dkt. No. 116).

Although Nurture moves, provisionally, to seal the aforementioned materials in accordance with the requirements of the Protective Order, it is well-established that "documents used by parties moving for, or opposing, summary judgment should not remain under seal absent the most compelling reasons." *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 140 (2d Cir. 2004) (citation modified); *see also Diversified Grp., Inc. v. Daugerdas*, 217 F.R.D. 152, 163 (S.D.N.Y. 2003) (granting motion to unseal summary judgment record). Accordingly, nothing in this motion is intended to interfere with the Court's "fundamental . . . supervisory power over its own records and files," including its "power to modify or lift protective orders that it has entered" *sua sponte*. *Gambale*, 377 F.3d at 140 (citation modified).

Nurture is concurrently filing placeholder cover pages on the public docket indicating that each of the Provisionally Protected Materials has been filed under seal and is submitting unredacted versions under seal for the Court's review.

We appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Denise L. Plunkett*

Denise L. Plunkett

cc: All Counsel of Record (via ECF and Email)

Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 120.

Additionally, pursuant to communications with the parties, the Clerk of Court is directed to STRIKE docket entry 122 because it is duplicative of docket entry 123.

Dated: July 27, 2026
New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE