GT GreenbergTraurig

MEMO ENDORSED

Dale R. Goldstein
Tel 212.801.6459
GoldsteinD@gtlaw.com

August 14, 2026

**BY ECF AND EMAIL**

Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007
Failla_NYSDChambers@nysd.uscourts.gov

**Re: *Nurture, LLC v. PBM Nutritionals, LLC*, Case No. 24-cv-02390-KPM — Motion to File Documents Under Seal**

Dear Judge Failla:

On behalf of Defendant PBM Nutritionals, LLC ("Perrigo"), we write pursuant to the Second Stipulated Confidentiality Stipulation and Protective Order (Dkt. No. 51) (the "Protective Order") and Section 9(B) of Your Honor's Individual Rules of Practice in Civil Cases to respectfully request the Court's approval to seal the following materials:

(i) Perrigo's Reply Memorandum of Law in Further Support of its Motion for Summary Judgment;

(ii) Perrigo's Reply in Further Support of Its Rule 56.1 Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment and in Response to Nurture, LLC's Statement of Additional Material Facts; and

(iii) Perrigo's Reply Memorandum of Law in Further Support of its Motion to Partially Exclude the Opinions of Gregory J. Pincar and Dr. Shireen Meer

(collectively, the "Protected Materials").

The Protected Materials contain non-public, commercially sensitive information relating to the parties' contractual relationship; Perrigo's infant formula manufacturing processes and systems; the parties' internal business communications; audits, inspections, and assessments of Perrigo's manufacturing plants; current and future business plans; deposition testimony; expert reports; and written discovery responses. Maintaining confidentiality over these documents is necessary to prevent competitors from gaining direct visibility into Perrigo's and Nurture's internal business operations, strategies, and other proprietary matters. To avoid burdening the Court with duplicative briefing, Perrigo adopts the reasoning, arguments, and cases cited in Perrigo's June 5,

2026 Motion to File Documents Under Seal (Dkt. No. 103), which the Court granted on June 6, 2026 (Dkt. No. 116).

Perrigo is concurrently filing placeholder cover pages on the public docket indicating that each of the Protected Materials has been filed under seal, and is submitting unredacted versions under seal for the Court's review. Because the redactions necessary to protect confidential information would encompass nearly the entirety of the briefs, Perrigo is filing all such documents under seal in their entirety rather than submitting partially redacted versions that would be of little utility to the public.

We appreciate the Court's attention to this matter and remain available should the Court have any questions.

Respectfully submitted,

*/s/ Dale R. Goldstein*

Dale R. Goldstein

cc: All Counsel of Record (via ECF)

Defendant's application to seal docket entries 134, 136, and 138 is GRANTED. The Clerk of Court is directed to terminate the pending motion at docket entry 133.

Dated: August 17, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE